IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  00-cr-00226-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLES JOHNSON,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     A supervised release violation hearing will be held **November 17, 2009, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: September 22, 2009

                                            s/ Jane Trexler, Judicial Assistant