IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  00-cr-00226-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES JOHNSON,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The supervised release violation hearing is rescheduled to **November 23, 2009, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: October 7, 2009

                                              s/ Jane Trexler, Judicial Assistant